IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **MIDSOUTH COMMERCIAL ROOFING LLC,**<br><br>*Plaintiff*,<br><br>v.<br><br>**MID-SOUTH SUBCONTRACTORS, INC. D/B/A MID SOUTH ROOFING SYSTEMS,**<br><br>*Defendant.* | Civil Action No. 3:22-CV-00450<br><br>Chief Judge Waverly D. Crenshaw, Jr.<br>Magistrate Judge Alistair E. Newbern |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Midsouth Commercial Roofing LLC ("Plaintiff") and Defendant Mid-South Subcontractors, Inc. d/b/a Mid-South Roof Systems ("Defendant") by and through their respective undersigned counsel and pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii) hereby stipulate and agree to dismiss all claims pending against each other in the instant case with prejudice, with each party to bear its own attorneys' fees and costs.

Dated: September 6, 2023.

Respectfully submitted,
THE SLADKUS LAW GROUP

By: *s/ Jason H. Cooper*
Carrie A. Hanlon (admitted *pro hac vice*)
Ga. Bar No. 289725
E-mail: carrie@sladlaw.com
Jason H. Cooper (admitted *pro hac vice*)
Ga. Bar No. 778884
E-mail: jason@sladlaw.com

1397 Carroll Drive
Atlanta, GA 30318
Telephone: (404) 252-0900
Facsimile: (404) 252-0970

By: *s/ Jacob C. VanAusdall*
Jacob "Jake" C. VanAusdall
Maurice Wutscher LLP
555 Marriott Drive, Suite 315
Nashville, TN 37214
Direct: (615) 274-8717
Fax: (312) 284-4751
Email: JVanAusdall@MauriceWutscher.com

***Attorneys for Plaintiff/Counter-Defendant***

SHACKELFORD, BOWEN,
MCKINLEY & NORTON, LLP

Lauren Kilgore
TN Bar No. 30219
lkilgore@shackelfordlaw.com
Jacob T. Clabo
TN Bar No. 36760
jclabo@shackelfordlaw.com

1 Music Circle South, Suite 300
Nashville, TN 37203
Telephone: (615) 329-4440
Facsimile: (615) 329-4485

*Attorneys for Defendant/Counterclaimant Mid-South Subcontractors, Inc. d/b/a Mid-South Roof Systems*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on September 6, 2023, I electronically filed the foregoing

STIPULATION OF DISMISSAL WITH PREJUDICE with the Clerk of Court using the CM/ECF

system, which will automatically send email notification of such filing to the following attorneys

of record:

Jacob "Jake" C. VanAusdall
Maurice Wutscher LLP
555 Marriott Drive, Suite 315
Nashville, TN 37214
Direct: (615) 274-8717
Fax: (312) 284-4751
Email: JVanAusdall@MauriceWutscher.com

***Attorneys for Plaintiff/Counter-Defendant***

By: *s/ Jason H. Cooper*
Jason H. Cooper

1